UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                            Case No. 2:07-cr-122-FtM-29DNF

**LAZARO TORRES**
_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. #103), entered April 9, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count Two of the Indictment.

**Sentencing is scheduled for July 7, 2008 at 3:30 p.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this  14th  day of April, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies: All Parties of Record